UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Victoria Rutigliano and Diana Austin, *on behalf of themselves and all others similarly situated*,<br><br>         Plaintiffs,<br>v.<br><br>Convergent Outsourcing, Inc. d/b/a ER Solutions,<br><br>         Defendant. | Civil Action No.: 3:12-cv-01532-AWT |

**STIPULATION TO DISMISS WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

The parties, by and through their counsel of record, stipulate as follows:

WHEREAS, on October 26, 2012, named plaintiff Victoria Rutigliano ("Plaintiff Rutigliano") filed the Class Action Complaint in this action against defendant Convergent Outsourcing, Inc. ("Defendant"), alleging violations of the Telephone Consumer Protection Act ("TCPA") and the Connecticut Unfair Trade Practices Act ("CUTPA");

WHEREAS, on November 2, 2012, Plaintiff Rutigliano, along with additional named plaintiff Diana Austin ("Plaintiff Austin"), filed the First Amended Class Action Complaint against Defendant; Plaintiff Austin, both in her individual and representative capacity, only brings claims under the TCPA and not CUTPA;

WHEREAS, on December 28, 2012, Defendant filed its Answer and Affirmative Defenses to the First Amended Class Action Complaint;

WHEREAS, the matter has not yet been certified as a class action;

WHEREAS, Plaintiff Rutigliano no longer wishes to pursue this class action and she and her counsel have decided to dismiss her causes of action, both in her individual and representative capacity, against Defendant with prejudice;

WHEREAS, under Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Rutigliano may dismiss her action "without a court order by filing . . . (ii) a stipulation of dismissal signed by all parties who have appeared;"

WHEREAS, Defendant stipulates to this dismissal;

WHEREAS, because Plaintiff Austin remains as a named plaintiff, the TCPA class claims against Defendant remain a part of this action; and

IT IS HEREBY STIPULATED AND AGREED:

1. Plaintiff Rutigliano, under Fed. R. Civ. P. 41(a), dismisses her claims against Defendant, both in her individual and representative capacity, with prejudice.

2. Plaintiff Rutigliano and Defendant agree to bear their own attorneys' fees and costs incurred in this action to the extent incurred against one another.

Dated: June 13, 2013

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| By: */s/ Sergei Lemberg* | By: */s/ Thomas C. Blatchley* |
| Sergei Lemberg, Esq. | Thomas C. Blatchley (ct25892) |
| Lemberg & Associates, LLC | Gordon & Rees LLP |
| 1100 Summer Street, 3rd Floor | 95 Glastonbury Blvd., Suite 206 |
| Stamford, CT 06905 | Glastonbury, CT 06033 |
| Telephone: (203) 653-2250 | Telephone: (860) 278-7448 |
| Facsimile: (203) 653-3424 | Facsimile: (860) 560-0185 |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| Victoria Rutigliano and Diana Austin | Convergent Outsourcing, Inc. |

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on June 13, 2013, the foregoing was filed via the CM/ECF system for the District of Connecticut, which sent notice of such filing to the following:

Craig J. Mariam
Gordon & Rees LLP-CA
633 West Fifth St., 52nd Floor
Los Angeles, CA 90071

Thomas C. Blatchley
Gordon & Rees LLP-CT
95 Glastonbury Boulevard
Suite 206
Glastonbury, CT 06033

       /s/ Sergei Lemberg_____
          Sergei Lemberg, Esq.